FAIRBANKS CUBE STEAK HOUSE, INC., v. MYRON C. VIERA, as President, and ROBERT STANLEY, as Secretary of United Culinary Workers, Local 923, C. I. O.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CLIFFORD H. McCALL and Another v. IRMA J. BROWN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HERMAN D. BARD v. NEWS SYNDICATE Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Owners Abutting on Garden Place and Vernon Parkway for Damages Caused by the Closing of Garden Place, Situated in Blocks 5084 and 5087, and of Vernon Parkway, Situated in Blocks 5085 and 5111, in the Borough of the Bronx, City of New York. SOUND REALTY COMPANY; CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 490.] Settle order on notice. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

ELLEN PRETERRE CLARK v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See ante, p. 136.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MAURICE J. McCARTHY, JR., and Others v. FIORELLO H. LAGUARDIA, as Mayor and as a Member of the Board of Estimate of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 710.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CHARLES FELDMAN v. THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for leave to appeal to the Court of Appeals and for a stay granted; motion for reargument denied. [See ante, p. 708.] Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee for the Holders of Certificates in a Mortgage Known and Designated as Guarantee No. 211607 of BOND AND MORTGAGE GUARANTEE COMPANY under a Declaration of Trust Dated March 3, 1939, v. 2846 BRIGGS AVENUE, INC., and LOUIS H. PINK, as Superintendent of Insurance, etc., and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 711.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.